**Order entered August 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00065-CR

**TISHAWN JAHMAI HELTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-76320-I**

## ORDER

Before the Court is appellant's August 27, 2019 third motion to extend the time to file appellant's brief. The brief was tendered with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE